
**BOND** SCHOENECK & KING

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**ANDREW D. BOBREK, ESQ.**
abobrek@bsk.com
P: 315.218.8262
F: 315.218.8823

May 27, 2015

Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge
U.S. District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY  13261-7346

Re:  *Fowler v. Syracuse University*
    *Civil Action No. 5:14-cv-1350 (BKS/TWD)*

Dear Judge Dancks:

On behalf of the parties in the above-referenced case, we write to respectfully request an extension of the current deadline of June 8, 2015 for completion of the Assisted Mediation Program.  The parties are currently scheduled for mediation on July 13, 2015 and therefore seek an extension until this date.  The parties attempted, but unfortunately could not identify an earlier date that fit with everyone's schedule.

Thank you for your consideration of this request.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Andrew D. Bobrek

ADB/jlm

cc:   Al Millus, Special Mediation Counsel (Via ECF)