UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**The Assisted Mediation Program**

---

Elizabeth Jane Fowler,

    Plaintiff Pro Se,

vs.                        Case No. 3:14-CV-1350 (BKS/TWD)

Syracuse University,

    Defendant.

---

**ORDER REMOVING CASE FROM ASSISTED MEDIATION PROGRAM AND RELIEVING SPECIAL MEDIATION COUNSEL**

The above-entitled action was entered into the Northern District of New York Assisted Mediation Program;  and the Report of Mediation having been filed indicating that mediation has concluded and  no further session or follow-up is contemplated, it is now therefore,

**Ordered**, that this case is removed from the Assisted Mediation Program;  and it is further

**Ordered**, that the responsibilities of Special Mediation Counsel Albert J. Millus, Esq. have concluded and counsel is relieved;  and it is further

**Ordered**, that a copy of this Order is to be served on the Pro Se Plaintiff via regular mail.

**SO ORDERED:**

Date: July 14, 2015
     Syracuse, New York

_____
Thérèse Wiley Dancks
United States Magistrate Judge