

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**ANDREW D. BOBREK, ESQ.**
abobrek@bsk.com
P: 315.218.8262
F: 315.218.8100

May 27, 2016

**VIA ECF**

Hon. Thérèse Wiley Dancks
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, New York 13261-7346

    Re:    *Fowler v. Syracuse University*
              Civil Action No.:  5:14-cv-1350 (BKS/TWD)

Dear Judge Dancks:

In light of the Court's prior stay of all discovery in the referenced action (see Text Order, dated March 4, 2016, Docket No. 30), it is our understanding that all other deadlines, including the impending dispositive motion deadline, have also been stayed pending our status conference on June 14, 2016.  We respectfully seek confirmation that our understanding is indeed correct.

Thank you in advance for your consideration of this request.  As always, if you have any questions or if we may be of any assistance, please do not hesitate to contact me.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Andrew D. Bobrek

cc:    Elizabeth J. Fowler, Ph.D. (*Via First Class Mail*)
       1062 Lancaster Avenue
       Syracuse, New York 13210

2700592.1