UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ELIZABETH JANE FOWLER,

                Plaintiff *Pro Se*,

      v.

SYRACUSE UNIVERSITY*,*

                Defendant.

**CERTIFICATE OF SERVICE**

Civil Action No.
5:14-CV-1350 (BKS/TWD)

    I hereby certify that I electronically filed a Letter Request with the Clerk of the United States District Court for the Northern District of New York, using the CM/ECF system; and I hereby certify that I have served a true and accurate copy of that letter on the *pro se* Plaintiff via the United States Postal Service at the following address*:*

        Elizabeth Jane Fowler
        1062 Lancaster Avenue
        Syracuse, NY 13210

Dated:  May 27, 2016

                                            s/Jessica McIlroy
                                              Jessica McIlroy